IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CARMEN KROWELL,<br>      Plaintiff,<br><br>vs.<br><br>LISA S. DISBROW, ACTING SECRETARY<br>OF THE UNITED STATES AIR FORCE,<br>      Defendant. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 5:17-cv-00038-DAE<br>§<br>§<br>§<br>§ |

## ORDER DISMISSING CLAIMS

A stipulation having been entered into by and between Plaintiff and Defendant by and through their respective attorneys and the Court being fully advised is of the opinion that said stipulation should be granted.

It is therefore ORDERED that all of Plaintiff's claims in the above cause be and are hereby dismissed: with or without prejudice (circle one). Each party will bear their own costs and attorney's fees.

SIGNED on this the 10th day of April, 2017.

_____
DAVID A. EZRA
Senior United States District Judge

1